IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY MELATIAH NELSON AKKUB
ADC #098719                                                                                           PLAINTIFF

v.                                            4:23-cv-00763-KGB-JJV

D. COOKLEY, Cpl.
Cummins Unit, ADC, *et al.*                                                                    DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    DISCUSSION**

Anthony Melatiah Nelson Akkub ("Plaintiff") has filed this *pro se* action alleging Defendants failed, in the past, to provide him with constitutionally adequate medical care in prison. (Doc. 2.) Plaintiff says he is now experiencing rectal bleeding and urinary incontinence. But he does not allege any of the Defendants are currently involved in medical care for those conditions.

On September 28, 2023, I denied Plaintiff permission to proceed *in forma pauperis* because he has accumulated three strikes, as defined by 28 U.S.C. § 1915(g), without satisfying the imminent danger exception to that rule. (Doc. 7.) I then gave Plaintiff thirty days to pay the filing fee in full.

Instead of doing so, Plaintiff has filed a Motion to Voluntarily Dismiss this lawsuit so that he may refile it, if he so chooses, after he receives a colon exam. (Doc. 8.) I find good cause for granting this request. *See* Fed. R. Civ. P. 41(a); *Charron v. Allen,* 37 F.4th 483, 486 (8th Cir. 2022) (imminent danger must exist at the time the complaint or appeal is filed).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. 8) be GRANTED, and this case be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgement would not be taken in good faith.

DATED this 25th day of October 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE