IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY MELATIAH NELSON AKKUB**  **PLAINTIFF**
**ADC # 098719**

v.                         Case No. 4:23-cv-00763-KGB

**D. COOKLEY, Cpl., individual,**
**Cummins Unit, ADC,** *et al*.                **DEFENDANTS**

### ORDER

Before the Court is plaintiff Anthony Melatiah Nelson Akkub's motion of dismissal of actions (Dkt. No. 8). Mr. Akkub seeks to voluntarily dismiss his action pursuant to Federal Rule of Civil Procedure 41(a) (*Id*., at 1). On October 25, 2023, United States Magistrate Judge Joe J. Volpe submitted a Recommended Disposition ("Recommendation") in which he recommends that this Court grant Mr. Akkub's motion of dismissal of actions, dismiss this case without prejudice, and certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of an Order adopting the Recommendation and accompanying judgment would not be taken in good faith (Dkt. No. 9, at 2). Mr. Akkub has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 9). Mr. Akkub's claims are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this the 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge