IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY MELATIAH NELSON AKKUB**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 098719**

v.　　　　　　　　　　　Case No. 4:23-cv-00763-KGB

**D. COOKLEY, Cpl., individual,**
**Cummins Unit, ADC,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

　　Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would be frivolous and not taken in good faith.

　　So adjudged this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge